UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )         CASE NO. 26-54432- JWC
NEW & ASSOCIATES LLC                      )
    Debtor.                              )         CHAPTER 7
                                          )

### NOTICE OF APPEARNCE

      Comes now, Alaina Joseph and Joseph & Baker LLC, and files this Notice of Appearance on behalf of New & Associates LLC, the Debtor in this case. All future notices, correspondence, pleadings, and other documents should be sent to the following address:

New & Associates LLC
c/o Joseph & Baker LLC
650 Ponce De Leon Ave. Ste. 300 #1085
Atlanta, GA 30308

Respectfully submitted,
JOSEPH & BAKER LLC


   /s/ *Alaina C. Joseph*
Alaina C. Joseph
Georgia Bar Number 940583
650 Ponce De Leon Ave. Ste 300 #1085
Atlanta, GA 30308
(404)402-2200
alaina@josephbakerllc.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                      )              CASE NO. 26-54432- JWC
NEW & ASSOCIATES LLC                        )
    Debtor.                                 )              CHAPTER 7
                                            )

## CERTIFICATE OF SERVICE

       I hereby certify that on the 2nd day of June, 2026, I electronically filed the foregoing Withdrawal of Document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

S. Gregory Hayes, Chapter 7 Trustee
Office of United States Trustee

       I further certify that on this day I caused a copy of this document to be served via United States first class mail with adequate postage prepaid the attached matrix.

By:___/s/_*Alaina C. Joseph*_____
Alaina C. Joseph
Georgia Bar Number 940583
650 Ponce De Leon Ave. Ste 300 #1085
Atlanta, GA 30308
(404)402-2200
alaina@josephbakerllc.com
Attorney for Debtor

Label Matrix for local noticing
113E-1
Case 26-54432-jwc
Northern District of Georgia
Atlanta
Tue Jun  2 14:17:41 EDT 2026

Fulton County Tax Commissioner
141 Pryor Street, SW
Suite 106
Atlanta, GA 30303-3444

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Jordan Alexander Greer
Aldridge Pite LLP
3525 Piedmont Rd, N.E., Ste 700
Atlanta, GA 30305-1608

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305-4909

Internal Revenue Service
401 W. Peachtree St. NW
Atlanta, GA 30308

Internal Revenue Service
Centralized Insolvency Operations
PO BOX 7346
Philadelphia, PA 19101-7346

Leonard R. Medley III
Medley & Associates LLC
Suite 230
2849 Paces Ferry Road SE
Atlanta, GA 30339-3769

New & Associates, LLC
1128 Cascade Road SW
Atlanta, GA 30311-2843

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Silver Hill Capital, LLC
Six Piedmont Center 3525 Piedmont Road,
Atlanta, GA 30305 United States

Silver Hill Capital, LLC
4425 Ponce De Leon Boulevard,
Suite 300
Coral Gables, FL 33146-1839

Silver Hill Capital, LLC
Corporation Service Company, Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092-2865

Wells Fargo Bank, NA
Corporation Service Company
Registered Agent 2 Sun Court, Suite 400
Peachtree Corners, GA 30092-2865

Wells Fargo Bank, NA
FDIC Cert # 3511
101 N. Phillips Avenue
Sioux Falls, SD 57104-6714

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Bankruptcy Unit
P. O. Box 161108
Atlanta, GA 30321

(d)Georgia Department of Revenue
Compliance division
2595 Century Parkway NE Ste 331
Atlanta, GA 30345

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14