**IT IS ORDERED as set forth below:**

**Date: July 16, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 26-54432-JWC |
| NEW & ASSOCIATES, LLC, | CHAPTER 7 |
| Debtor. | |

## ORDER

**THIS MATTER** is before the Court on the Motion for Relief From Stay (Doc. No. 13) (the "Motion"), filed by Silver Hill Capital, LLC. The Court held a hearing on the Motion on July 16, 2026. Neither Silver Hill Capital, LLC, nor any party on their behalf appeared at the hearing to prosecute the Motion. There being no action taken since the hearing on this matter,

**IT IS ORDERED** that the Motion is **DENIED** without prejudice for want of prosecution.

The Clerk's Office shall serve the Debtor, Silver Hill Capital, LLC, and the Chapter 7 Trustee.

**END DOCUMENT**