**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **CHAPTER 7** |
| **NEW & ASSOCIATES, LLC** | § | |
| | § | **CASE NO. 26-54432-jwc** |
| | § | |
| **SILVER HILL CAPITAL, LLC,** | § | |
| Movant | § | |
| | § | |
| **v.** | § | **CONTESTED MATTER** |
| | § | |
| **NEW & ASSOCIATES, LLC, Debtor** | § | |
| **S. GREGORY HAYS, Trustee** | § | |
| Respondents | § | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that SILVER HILL CAPITAL, LLC has filed a Motion for Relief from the Automatic Stay (the "Motion") and related papers with the Court seeking an order modifying the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at 10:00 a.m. on August 20, 2026, in Courtroom **1203**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated this: August 5, 2026

**SPENCER FANE LLP**

*/s/ Kurt Rozelsky*
Kurt Rozelsky (GA Bar No. 617932)

27 Cleveland St., Ste. 201
Greenville, South Carolina 29601
864-695-5200
krozelsky@spencerfane.com
**ATTORNEY FOR MOVANT**

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I electronically filed the foregoing Motion for Relief from Stay and Notice of Hearing using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Leonard R. Medley, III. Alaina Joseph, and S. Gregory Hays

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid or overnight mail on the following parties at the address shown for each.

New & Associates, LLC
1128 Cascade Road SW
Atlanta, GA 30311

Dated: August 5, 2026

**SPENCER FANE LLP**

*/s/ Kurt Rozelsky*

Kurt Rozelsky (GA Bar No. 617932)
27 Cleveland St., Ste. 201
Greenville, South Carolina 29601
864-695-5200
krozelsky@spencerfane.com
**ATTORNEY FOR MOVANT**